UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>WEBER,<br><br>        Defendant. | Case No. 1:19-cv-01068-NONE-EPG (PC)<br><br>ORDER REQUIRING DEFENSE COUNSEL TO RESPOND TO ORDER REGARDING EARLY SETTLEMENT CONFERENCE |

On September 21, 2020, the Court issued an order regarding early settlement conference. (ECF No. 20). The Court ordered that, "[w]ithin forty-five days from the date of service of this order, the assigned Deputy Attorney General shall either: (1) file a notice that Defendant(s) opt out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference." (ECF No. 20, p. 2) (footnote omitted). This forty-five-day deadline has expired, and it appears that defense counsel has not opted out of the settlement conference or contacted ADR Coordinator Sujean Park to schedule the settlement conference. Defense counsel did file a motion for summary judgment and a motion to stay the case pending resolution of the motion for summary judgment (ECF Nos. 21 & 22), but the motion to stay was denied (ECF No. 23).

Given defense counsel's failure to respond to the order regarding early settlement conference, IT IS ORDERED that defense counsel has until close of business on November 20, 2020, to respond to the order regarding early settlement conference. Failure to comply with

this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **November 13, 2020**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE