UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL JONES,<br><br>        Plaintiff,<br><br>   v.<br><br>WEBER,<br><br>        Defendant. | Case No. 1:19-cv-01068-NONE-EPG (PC)<br><br>NOTICE RE: DECLARATION OF DEFENSE COUNSEL<br><br>(ECF No. 29) |

On November 13, 2020, the Court issued an order, stating: "[g]iven defense counsel's failure to respond to the order regarding early settlement conference, IT IS ORDERED that defense counsel has until close of business on November 20, 2020, to respond to the order regarding early settlement conference.  Failure to comply with this order may result in the imposition of sanctions." (ECF No. 28, pgs. 1-2).

On November 16, 2020, defense counsel filed a declaration in response, which includes exhibits.  (ECF No. 29).  Based on the evidence provided by defense counsel, it appears that the Court was incorrect in saying that defense counsel had failed to response to the order regarding early settlement conference.  On the contrary, it appears that defense counsel timely responded to the order regarding early settlement conference.

The Court recognizes its error and apologies for any inconvenience.
IT IS SO ORDERED.

Dated:  **November 18, 2020**         /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE