UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL JONES, | Case No. 1:19-cv-01068-NONE-EPG (PC) |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| WEBER, | |
| Defendant. | |

Laval Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. §1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference on March 24, 2021, at 9:00 a.m. The settlement conference will be conducted by remote means, to be determined at a later date and time. The Court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Jeremy D. Peterson on March 24, 2021, at 9:00 a.m. The settlement conference will be conducted by remote means, to be determined at a later date and time.

2. The Clerk of Court is directed to serve a copy of this order on the Litigation Office at California State Prison, Corcoran, via facsimile at (559) 992-7372 or via email.

IT IS SO ORDERED.

Dated: **November 18, 2020**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE