UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL JONES, <br><br>             Plaintiff, <br><br>   v. <br><br> WEBER, <br><br>             Defendant. | Case No. 1:19-cv-01068-NONE-EPG (PC) <br><br> ORDER RE: PARTIES' FILINGS REGARDING SETTLEMENT DISCUSSIONS <br><br> (ECF Nos. 31 & 35) |

The parties have both made filings regarding their settlement discussions.  (ECF Nos. 31 & 35).

The Court notes that a settlement conference is set before Magistrate Judge Jeremy D. Peterson on March 24, 2021, at 9:00 a.m.  (ECF No. 34).

Additionally, IT IS ORDERED that, if Defendant chooses to opt out of the settlement conference, Defendant shall file his opt-out notice no later than thirty days before the settlement conference.  If Defendant opts out, the Court will vacate the settlement conference and the case will proceed without an early settlement conference.

IT IS SO ORDERED.

Dated:  **November 23, 2020**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

1