UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL JONES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WEBER,<br><br>　　　　　　　　　　Defendant. | Case No. 1:19-cv-01068-NONE-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF FINAL OPPORTUNITY TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Laval Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 19, 2020, Defendant filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies before filing this lawsuit. (ECF No. 21). Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, Local Rule 230(l), but did not do so.

On November 30, 2020, the Court directed Defendant to serve Plaintiff with a copy of the motion for summary judgment, and gave Plaintiff until January 6, 2021, to file and serve an opposition or a statement of non-opposition to Defendant's motion for summary judgment. (ECF No. 37).

On December 16, 2020, Plaintiff filed a Statement of Non-opposition to Defendant's Motion for Summary Judgment. (ECF No. 40). However, based on the allegations in the filing, it appears that Plaintiff is opposing the motion for summary judgment on the ground that the

1

administrative remedies were not available to him.

While Plaintiff appears to be attempting to oppose the motion, Plaintiff submitted no evidence in support of his opposition.[1]  Accordingly, the Court will give Plaintiff one final opportunity to oppose the motion (or to request additional time to do so).  If Plaintiff fails to file an opposition that includes evidence, the Court will treat all of Defendant's properly supported facts as undisputed for purposes of the motion.  Fed. R. Civ. P. 56(e)(2).

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff has until January 22, 2021, to file and serve an opposition to Defendant's motion for summary judgment, or to request additional time to do so.[2]  If Plaintiff files an opposition, Defendant has seven days from the date the opposition is filed in CM/ECF to file and serve a reply to the opposition.  If Plaintiff fails to file and serve an opposition that includes evidence, the Court will treat all of Defendant's properly supported facts as undisputed for purposes of the motion for summary judgment.

IT IS SO ORDERED.

Dated:  **December 17, 2020**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not submit any exhibits supporting his assertions, and his filing is not signed under penalty of perjury.  Plaintiff also failed to respond to Defendant's Statement of Undisputed Facts, in violation of Local Rule 260(b).

[2] If Plaintiff wants additional time to respond to the motion, he must file a motion for an extension of time prior to the January 22, 2021 deadline.  The motion must include reasons for the extension that establish good cause.

2