UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL JONES,<br><br>           Plaintiff,<br><br>      v.<br><br>WEBER,<br><br>           Defendant. | Case No. 1:19-cv-01068-NONE-EPG (PC)<br><br>ORDER VACATING INITIAL SCHEDULING CONFERENCE<br><br>(ECF Nos. 25 & 39) |

On November 3, 2020, the Court set an initial scheduling conference in this action. (ECF No. 25). The conference is currently set for April 14, 2021, at 11:00 a.m. (ECF No. 39). In the order setting the conference the Court required the parties to exchange initial disclosures thirty days before the conference and to file scheduling conference statements fourteen days before the conference. (ECF No. 25).

In light of the coronavirus (COVID-19) pandemic and the evolving coronavirus protocols, the initial scheduling conference is VACATED. The parties are still required to file scheduling conference statements no later than March 31, 2021, and to exchange initial disclosures no later than March 15, 2021. The Court will issue a scheduling order after reviewing the parties' scheduling conference statements.

IT IS SO ORDERED.

   Dated:  **February 17, 2021**                          /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE